```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

        JUL 20 2021

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY _____ DEPUTY
```

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
STUART J. ZANDER
Assistant U.S. Attorney
California State Bar No. 276724
New York State Bar No. 5068341
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Stuart.Zander@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Dennis Olvera-Garcia,<br><br>    Defendant. | No. CR-21-00564-PHX-SMB (JZB)<br><br>**INDICTMENT**<br><br>VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)<br>(Transportation of an Illegal Alien)<br>Count 1 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about May 11, 2021, in the District of Arizona, the defendant, DENNIS OLVERA-GARCIA, knowing and in reckless disregard of the fact that certain aliens, Mauricio Morales-Martinez, Francisco Ajqui-Sanchez, Orlando Carriillo-Geronimo, Angela De Leon-Diaz, Luis Alfonso Gonzalez-Diaz and David Armenta-Landeros, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

/ / /

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 20, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


/s/
STUART J. ZANDER
Assistant U.S. Attorney